DWELLING MANAGERS, INC., Judgment Creditor, Respondent, *v.* ISAAC MILLS, Judgment Debtor, Appellant.

Supreme Court, Appellate Term, First Department, May 24, 1939.

*Joseph C. Salzman,* for the appellant.

*Louis Lazarus,* for the respondent.

PER CURIAM. In the absence of a recital in the order to show cause or the order appealed from that the court is satisfied that with reasonable diligence the debtor cannot be found within the State, the order appointing the receiver cannot be sustained.

Order reversed and motion denied, with ten dollars costs and disbursements to appellant, to be set off against the judgment.

Present — McCOOK, FRANKENTHALER and NOONAN, JJ.